William A. Greenfield and Frederick A. McKibbin, Respondents, v. Abe Brody and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Rich and Carr, JJ., concurred.

Morris Greenstein, Appellant, v. Harris Blum and Samuel Blum, Respondents. — Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.

Andrew Hansen, Respondent, v. Lena Vogelsang, Appellant.— Order of the County Court of Nassau county reversed and new trial ordered, costs to abide the event. See opinion by Rich, J. (ante, p. 759). Woodward, Jenks and Carr, JJ., concurred; Hirschberg, P. J., concurred in result.

Mary A. Harris, as Administratrix, etc., of Edward Harris, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent, Impleaded with The Yonkers Railroad Company, Defendant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Thomas, Rich and Carr, JJ., concurred; Woodward, J., dissented.

Lena Held, Respondent, v. George W. Sammis and James P. Clark, Copartners, etc., Appellants.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, for error in admitting incompetent evidence on page 95 of the stenographer's minutes. Woodward, Burr, Rich and Carr, JJ., concurred; Hirschberg, P. J., dissented.

Emilia K. Hess, Appellant, v. Henry Kaelin, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Joseph E. Humbert, Respondent, v. Empire Wire Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Eversley Childs, Respondent, as General Guardian of Irving Winthrop Childs, Appellant.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.